UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-09972 DDP (JEMx) | Date | February 22, 2016 |
| Title | JAMES RIVER INSURANCE COMPANY, an Ohio Corporation -V- STARR INDEMNITY AND LIABILITY COMPANTY, a Texas Corporation | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Matthew J. Hafey    Patrick P. Fredette

Proceedings:

MOTION TO DISMISS CASE FILED BY DEFENDANT STARR INDEMNITY AND LIABILITY COMPANY (DOCKET NUMBER 9)
MOTION TO REMAND CASE TO VENTURA COUNTY SUPERIOR COURT FILED BY PLAINTIFF JAMES RIVER INSURANCE COMPANY (DOCKET NUMBER 12)

Court hears oral argument and takes the matters under submission.

0 0 : 08

Initials of Preparer    JAC